IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

NOEL HEATH
(a/k/a "Zamba" or "Zambo",

        Defendant.

95-CR-6064T

---

### ORDER

Upon the Affidavit of Assistant United States Attorney Bradley E. Tyler, dated March 6, 2006, wherein a request is made for the issuance of an Order for the unsealing of the original court filings under Misc. Cr. Nos. 92-69T and 92-75T. Good cause having been shown:

IT IS HEREBY ORDERED, that the Clerk of the District Court for the Western District of New York unseal the sealed envelopes which contain the court filings made under Misc. Cr. Nos. 92-69T and 92-75T, and make copies of the documents contained therein for Assistant United States Attorney Bradley E. Tyler.

Dated:   Rochester, New York
       March 7, 2006.

                                S/MICHAEL A. TELESCA
                                MICHAEL A. TELESCA
                                United States District Judge